# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153701(44)

JOYANNA LYMON,
           Plaintiff-Appellee,

v

KAREN FREEDLAND, JIM FREEDLAND,
and KAREN FREEDLAND TRUST,
           Defendants-Appellants.
_____/

SC: 153701
COA: 323926
Washtenaw CC: 13-000446-NZ

On order of the Chief Justice, the motion of the defendants-appellants to file a supplement to the application for leave to appeal is GRANTED. The supplement submitted on August 23, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2017



Clerk